UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEADFAST INSURANCE COMPANY,

                Plaintiff,

        v.

PORTSMOUTH JV,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/01/2021

20-CV-8615 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference held on Friday, January 29, PJV shall respond to Steadfast's motion to dismiss the counterclaim by February 16, 2021, and Plaintiff shall reply by March 2, 2021.

    Also as discussed at the conference, the parties shall file short letter briefs on the question of whether discovery should be stayed pending the Court's adjudication of that motion. Steadfast's letter motion for a stay is due on February 5, 2021, and PJV's response is due on February 12, 2021. In the letters, the parties should also set out their positions as to the next steps for the Court to resolve the jurisdictional question raised by PJV.

    The Court will await the parties' letters before entering the case management plan, scheduling a post-discovery conference, or making any decisions regarding discovery.

SO ORDERED.

Dated:    February 1, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge