UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEADFAST INSURANCE COMPANY,

                  Plaintiff,

          v.

PORTSMOUTH JV,

                  Defendant.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 09/08/2021

20-CV-8615 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A telephone conference in connection with Steadfast's motion to dismiss PJV's counterclaim was previously scheduled for September 9, 2021 at 3:30 p.m. *See* Dkt. 40. That conference will now begin at 4:15 p.m. on the same day.

    This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363- 4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 8, 2021
              New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge