USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEADFAST INSURANCE COMPANY,

                Plaintiff,

v.

PORTSMOUTH JV,

                Defendant.

No. 20-CV-8615 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Pending before the Court are the parties' cross-motions for summary judgment. Both parties have requested that oral argument be heard in connection with these motions. Oral argument will be held on Tuesday, August 30, 2022 at 11:00 a.m. If the proposed time is inconvenient for the parties, the parties are directed to meet and confer before suggesting alternative time slots to the Court. By no later than August 19, 2022, the parties shall submit a joint letter advising the Court as to whether they prefer to hold the oral argument in person or remotely via videoconference.

SO ORDERED.

Dated:     August 3, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge